AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| JONATHAN CAVERLY, Individually and for Others Similarly Situated, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> METRO WEST AMBULANCE SERVICE, INC., <br><br> _Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:26-cv-00691-JR |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  Metro West Ambulance Service, Inc.
c/o: JD Fuiten
5475 NE Dawson Ck. Dr.
Hillsboro, Oregon 97124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Dana L. Sullivan
BUCHANAN ANGELI SULLIVAN & FERRER LLP
621 Southwest Morrison Street, Suite 1250
Portland, Oregon 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 04/07/2026

**By: s/G. Davis, Deputy Clerk**